UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DORIAN DANIEL, | ) | |
| Petitioner, | ) ) | 3:11-cv-00912-LRH-VPC |
| vs. | ) ) | **ORDER** |
| ROBERT LEGRAND, *et al.,* | ) ) | |
| Respondents. | ) ) / | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On February 21, 2012, petitioner paid the filing fee for this action. (ECF No. 4.)

Upon review of the petition, the court has determined that the petition filed by petitioner is deficient. Petitioner failed to sign the petition or a declaration under penalty of perjury, located on the last page of the § 2254 habeas corpus petition form required by this court. Petitioner will be granted an opportunity to submit a signed signature page to supplement his petition.

**IT IS THEREFORE ORDERED** that the clerk **SHALL FILE** the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the clerk **SHALL SEND** petitioner a blank signature page of the § 2254 habeas corpus petition form.

///

///

///

///

1  **IT IS FURTHER ORDERED** that, within **thirty (30) days** from the date of entry of this order, petitioner **SHALL FILE a signature page bearing his signature on the petition and on the declaration under penalty of perjury,** to supplement his petition for a writ of habeas corpus. Petitioner's failure to comply with this order may result in the dismissal of this action.

Dated this 2nd day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE