UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DORIAN DANIEL, | ) | |
| Petitioner, | ) | 3:11-cv-00912-LRH-VPC |
| vs. | ) | **ORDER** |
| ROBERT LEGRAND, *et al.*, | ) | |
| Respondents. | ) | |

Dorian Daniel, a Nevada prisoner, has submitted a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254. Before the court is respondents' motion to dismiss (ECF #15) as well as two motions filed by petitioner (ECF #s 18, 19).

In this court's order dated April 12, 2012, respondents' were directed to forward the hard copy of any additional state court record exhibits for this case to the staff attorneys in Reno (ECF #9). It appears that respondents have failed to do so. Accordingly, respondents have ten (10) days from the date this order is entered to forward the hard copy of the state court record exhibits in this case to the staff attorneys in Reno.

**IT IS THEREFORE ORDERED** that within ten (10) days from the date this order is entered respondents shall forward the hard copy of the state court record exhibits in this case to the staff attorneys in Reno in accordance with this court's order dated April 12, 2012 (ECF #9).

DATED this 22nd day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE